# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| BETTY WARNOCK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CV412-308 |
| CHATHAM COUNTY BOARD OF EDUCATION, | ) ) ) ) |
| Defendant. | ) |

## ORDER

Plaintiff Betty Warnock filed this suit against defendant on December 11, 2012, but it appears that she has failed to serve the defendants within the 120 days that Fed. R. Civ. P. 4(m) commands. The Court thus directs her, within 14 days of this Order, to show cause why this case should not dismissed for her failure to prosecute the action.

**SO ORDERED** this 16th day of October, 2013

*/s/ M. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA