# United States District Court
## Southern District of Georgia

Betty Warnock

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV412-308

Savannah-Chatham County Public School District

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated August 22, 2014, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court; granting defendants' Motion for Summary Judgment. This action stands closed.



August 22, 2014
*Date*

Scott L. Poff
*Clerk*

(By) Deputy Clerk